IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DANIEL V. F. BLOOM,** | ) | Civil Action No. 7:12-cv-00093 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JOHN JABE, et al.,** | ) | By:  Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants' motion for summary judgment (Docket No. 26) is **GRANTED**; Bloom's motion for summary judgment (Docket No. 34) is **DENIED**; defendants' motion for a protective order (Docket No. 36) is **DENIED** as moot; and this action is hereby **DISMISSED** without prejudice and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**:  This  3rd  day of June, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE